UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL D. JOHNSON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-1718 (UNA) |
| | ) | |
| UNITED STATES OF AMERICA *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's Motion for Leave to Proceed *in forma pauperis*, Dkt. 2, and *pro se* Complaint, Dkt. 1. The Court grants the application and, for the reasons discussed below, the dismisses the complaint.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges violations of rights protected under the First, Fifth, and Fourteenth Amendments to the United States Constitution. *See* Compl. at 3. However, the few factual allegations of the complaint do not describe who violated those rights, where, how or when those rights were violated, or the basis for awarding damages upwards of $300 billion. As drafted, the complaint fails to give defendants fair notice of the claims against them and, accordingly, the Court will dismiss the complaint without prejudice. A separate order will issue.


DATE: June 21, 2022

/s/
DABNEY L. FRIEDRICH
United States District Judge